01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   UNITED STATES OF AMERICA,            )
                                          )   CASE NO. MJ 14-098
09              Plaintiff,                )
                                          )
10         v.                             )
                                          )   DETENTION ORDER
11   DARIN L. GLASSBURN,                  )
                                          )
12              Defendant.                )
     _____ )

13

14   <u>Offense charged</u>:        Conspiracy to Distribute and Attempt to Possess with Intent to Distribute

15   Methamphetamine

16   <u>Date of Detention Hearing</u>:    March 13, 2014.

17         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably

20   assure the appearance of defendant as required and the safety of other persons and the

21   community.

22   / / /

DETENTION ORDER
PAGE -1

01          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02          1.      Defendant has been charged by Complaint in the District of Kansas with

03 conspiring to distribute and attempting to possess with intent to distribute more than 50 grams

04 of methamphetamine.

05          2.      Defendant is a resident of this District, with most of his family ties here.   He has

06 a brother who resides in Kansas.   Defendant is not employed.   His past criminal record

07 includes firearms and VUCSA charges.   Although defendant allegedly told the pretrial

08 services officer that he did not possess any weapons and had recently sold all of his firearms to

09 his nephew, eight firearms were located during a search of his storage unit, together with three

10 stolen motorcycles.

11          3.      Defendant admits to daily methamphetamine use after his release from prison on

12 previous state charges.

13          4.      Defendant poses a risk of nonappearance due to lack of employment, lack of ties

14 to the charging District, and current drug use.   He poses a risk of danger due to criminal record

15 and discrepancies regarding the possession of firearms.

16          5.      There does not appear to be any condition or combination of conditions that will

17 reasonably assure the defendant's appearance at future Court hearings while addressing the

18 danger to other persons or the community.   However, the charging District may wish to revisit

19 this determination at the time of defendant's first appearance in the District of Kansas.

20 It is therefore ORDERED:

21      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

22          General for confinement in a correction facility separate, to the extent practicable, from

DETENTION ORDER
PAGE -2

01 persons awaiting or serving sentences or being held in custody pending appeal;

02 2. Defendant shall be afforded reasonable opportunity for private consultation with

03 counsel;

04 3. On order of the United States or on request of an attorney for the Government, the

05 person in charge of the corrections facility in which defendant is confined shall deliver

06 the defendant to a United States Marshal for the purpose of an appearance in connection

07 with a court proceeding; and

08 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

09 for the defendant, to the United States Marshal, and to the United State Pretrial Services

10 Officer.

11 DATED this <u>13th</u> day of March, 2014.

12

13

Mary Alice Theiler
14 Chief United States Magistrate Judge

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3